UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPHELIA CUNNINGHAM, and
UNIQUE STITCHES AND DESIGN, LLC,

                            Plaintiffs,                        Case Number 16-11223

v.                                                Honorable David M. Lawson

PREMIUM HOMES REALTY LLC, and
KOSAI SHAMOON,

                            Defendants.

_____/

**ORDER OF DISMISSAL**

On May 8, 2016, the plaintiffs filed a notice of voluntary dismissal of their claims against defendants Premium Homes Realty LLC and Kosai Shamoon with prejudice. The defendants have not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Dated:  May 9, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 9, 2016.

                    s/Holly Monda
                    HOLLY MONDA